UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
v.                           ) No. 4:07CR00654ERW
                             )
CORTEZ D. SIPES,             )
                             )
            Defendant.       )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 25, 2007, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZ D. SIPES,**

the Defendant herein, having been previously convicted of one or more of the following offenses:

1) Assault of a Law Enforcement Officer, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-480;

2) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 041-304; and

3) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-3458,

crimes punishable by a term of imprisonment exceeding one year under the law of the State of Missouri, did knowingly possess a firearm, namely a Gabilondo 9 mm pistol, said firearm having been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney


_____
MICHAEL A. REILLY, #115988
Assistant United States Attorney