UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:07 CR 654 ERW/AGF ) |
| CORTEZ D. SIPES, | ) ) |
| Defendant. | ) ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 25, 2007, in the City of St. Louis, within the Eastern District of Missouri,

**CORTEZ D. SIPES,**

the Defendant herein, having been previously convicted of one or more of the following offenses:

1) Assault of a Law Enforcement Officer, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-480;

2) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 041-304; and

3) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-3458,

crimes punishable by a term of imprisonment exceeding one year under the law of the State of Missouri, did knowingly possess a firearm, namely a Gabilondo 9 mm pistol, said firearm having been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The Grand Jury charges that:

On or about January 22, 2008, in St. Louis City, within the Eastern District of Missouri,

**CORTEZ D. SIPES**,

the defendant herein, having been previously convicted of one or more of the following offenses:

1) Assault of a Law Enforcement Officer, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-480;

2) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 041-304; and

3) Possession of a Controlled Substance, on or about September 7, 2006, in the Circuit Court of St. Louis City, in cause number 051-3458,

crimes punishable by a term of imprisonment exceeding one year under the law of the State of Missouri, did knowingly possess a firearm, namely a Smith & Wesson 9 mm pistol, said firearm having been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury charges that:

On or about January 22, 2008, in St. Louis City, within the Eastern District of Missouri,

**CORTEZ D. SIPES**,

the defendant herein, did knowingly possess a firearm, namely a Smith & Wesson 9 mm pistol, which had the manufacturer's serial number removed, obliterated, or altered, said firearm having been previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(k).

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
MICHAEL A. REILLY, #115988
Assistant United States Attorney